UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-21524-GAYLES/OTAZO-REYES

**STANLEY PRESENDIEU**,

    Movant,

v.

**UNITED STATES OF AMERICA**,

    Respondent.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation (the "Report") [ECF No. 17] regarding Movant Stanley Presendieu's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (the "Motion") [ECF No. 1]. On April 19, 2019, Movant filed his Motion requesting a reconsideration of his sentence of 212 months' imprisonment. *See United States v. Presendieu*, Case No. 15-20032, [ECF No. 279] (S.D. Fla. Oct. 15, 2015). On June 28, 2019, the Court referred this case to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 5]. On September 17, 2020, Judge Otazo-Reyes issued her Report recommending that the Motion be denied. [ECF No. 17]. Movant timely filed objections (the "Objections"), [ECF No. 18], to which the Respondent responded. [ECF No. 22].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which

objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the Motion, Report, Objections, and record, the Court agrees with Judge Otazo-Reyes's well-reasoned analysis and conclusion that the Motion should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation, [ECF No. 17], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Movant Stanley Presendieu's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, [ECF No. 1], is **DENIED**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of May, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE