UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-21524-GAYLES/OTAZO-REYES

STANLEY PRESENDIEU,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation (the "Report") [ECF No. 27] regarding Movant Stanley Presendieu's Request for Certificate of Appealability (the "Request") [ECF No. 26]. On April 19, 2019, Movant filed his Motion requesting a reconsideration of his sentence of 212 months' imprisonment. *See United States v. Presendieu*, Case No. 15-20032, [ECF No. 279] (S.D. Fla. Oct. 15, 2015). On June 28, 2019, the Court referred this case to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 5]. On August 23, 2021, Judge Otazo-Reyes issued her Report recommending that the Request be granted and a certificate of appealability be issued as to the following question: whether the movant established a basis for 28 U.S.C. § 2255 relief on his claims that sentencing counsel provided ineffective assistance and that a waiver provision in his plea agreement violated his due process right to the presentation of materially accurate information at sentencing. [ECF No. 27 at 2]. Neither party timely filed objections.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Otazo-Reyes's well-reasoned analysis and conclusion that the Request should be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation, [ECF No. 27], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Movant Stanley Presendieu's Request for Certificate of Appealability, [ECF No. 26], is **GRANTED**. A Certificate of Appealability shall issue as to the following question: whether the movant established a basis for 28 U.S.C. § 2255 relief on his claims that sentencing counsel provided ineffective assistance and that a waiver provision in his plea agreement violated his due process right to the presentation of materially accurate information at sentencing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of October, 2021.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE